# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-555-RJC-DCK

| | | |
|---|---|---|
| **CRYSTAL LOOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **C.R. BARD, INC. and** | ) | |
| **BARD PERIPHERAL VASCULAR, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Whitney Jo Butcher, concerning Stuart L. Goldenberg on October 21, 2020. Stuart L. Goldenberg seeks to appear as counsel *pro hac vice* for Plaintiff Crystal Looper. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Stuart L. Goldenberg is hereby admitted *pro hac vice* to represent Plaintiff Crystal Looper.

Signed: October 21, 2020

David C. Keesler
United States Magistrate Judge