IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-555-RJC-DCK

| | |
|---|---|
| CRYSTAL LOOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| C.R. BARD, INC. and ) | |
| BARD PERIPHERAL VASCULAR, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Whitney Jo Butcher, concerning Benjamin C. Stellpflug on October 21, 2020. Benjamin C. Stellpflug seeks to appear as counsel *pro hac vice* for Plaintiff Crystal Looper. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Benjamin C. Stellpflug is hereby admitted *pro hac vice* to represent Plaintiff Crystal Looper.

Signed: October 21, 2020

David C. Keesler
United States Magistrate Judge